■ In the Matter of COMMISSIONER OF SOCIAL SERVICES, as Assignee on Behalf of HALIME CIPRIANI, Appellant, v VINCENT C. CIPRIANI, Respondent.—Appeal from an order of the Family Court, Putnam County, entered July 2, 1987.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Judge Sweeny at the Family Court, Putnam County. Bracken, J. P., Brown, Lawrence and Spatt, JJ., concur.